# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0473

VERSUS

SERON MARQUEL GRAYER                              **JULY 5, 2022**

---

In Re:   Seron Marquel Grayer, applying for supervisory writs,
         21st Judicial District Court, Parish of Livingston,
         No. 36,288.

---

**BEFORE:   McCLENDON, WELCH, AND HESTER, JJ.**

   **WRIT DENIED.**

                          PMc
                          JEW
                          CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT